# UNITED STATES DISTRICT COURT
## MIDDLE DISTRICT OF FLORIDA
## TAMPA DIVISION

A. JOSEPH RAETANO,

    Plaintiff,

v.                                          Case No.  8:08-cv-2102-T-30EAJ

CONCEPT 10, LLC and
GENERAL AUTO PARTS, INC.,

    Defendants.

_____/

## ORDER OF DISMISSAL

Before the Court is the Stipulation for Voluntary Dismissal With Prejudice (Dkt. #8)

and Notice of Compliance with Order (Dkt. #10).  In accordance with same, it is

**ORDERED AND ADJUDGED** as follows:

1.      The Stipulation for Voluntary Dismissal With Prejudice (Dkt. #8) is Approved

in part.  The Settlement Proceeds regarding Plaintiff's attorneys' fees, litigation expenses,

and costs are limited to $6,255.00.[1]  Accordingly, Defendants shall not pay more than

$6,255.00 to Plaintiff.

2.      This cause is dismissed with prejudice.

3.      All pending motions are denied as moot.

---

[1] The Court reduced the expert's hourly rate from $185.00 to $150.00, deleted the expert's five hours of work on September 30, 2008, because it was duplicative, and reduced the expert's 5 hours of work on November 21, 2007 to 3 hours of work.

4.      The Clerk is directed to close this case.

**DONE** and **ORDERED** in Tampa, Florida on August 12, 2009.

JAMES S. MOODY, JR.
UNITED STATES DISTRICT JUDGE

Copies furnished to:
Counsel/Parties of Record

S:\Even\2008\08-cv-2102.dismissal 8.wpd